## Commonwealth ex rel. Jackson, Appellant, *v.* Banmiller.

Submitted September 21, 1959. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*John Jackson,* appellant, in propria persona.

*Juanita Kidd Stout,* Assistant District Attorney, *Paul M. Chalfin,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, November 11, 1959:

The order of the court below is affirmed on the opinion of Judge WATERS of the Court of Common Pleas No. 3 of Philadelphia County, as reported in 19 Pa. D. & C. 2d 56.